UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACIE DENISE M.,

        Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-6198 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. Upon remand, the ALJ will be instructed to reassess the medical opinion evidence, in accordance with applicable statutes, regulations, and rulings; take further action to complete the administrative record resolving the above issue; and issue a new decision. After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 4th day of June, 2024.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1