UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACIE MOORE, | ) |
| | ) CIVIL NO. 3:23-cv-06198-RSM |
| Plaintiff, | ) |
| | ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney David P. Oliver is awarded a gross attorney's fee of **$16,662.00** pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of **$2,666.35** that previously were awarded and the $9,200.00 Attorney Fee, leaving a net fee of **$4,795.65**. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) - 1

1 | send to Plaintiff's attorney the net balance of **$4,795.65,** minus any applicable processing fees as
2 | allowed by statute.
3 | DATED this 14th day of January, 2026.

                                           RICARDO S. MARTINEZ
                                           UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) - 2